JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI  96814
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

*Attorney for Plaintiff*
Shane Ioane

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SHANE IOANE, on behalf of himself and all others similarly situated, | CASE NO.  1:20-CV-00040 JAO-WRP |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION |
| v. | |
| MRS BPO, LLC a/k/a MRS ASSOCIATES OF NEW JERSEY, | |
| Defendant. | |

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ENTIRE ACTION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby STIPULATED AND AGREED, by and between Plaintiff Shane Ioane ("Plaintiff") and Defendant MRS BPO, LLC a/k/a MRS ASSOCIATES OF NEW JERSEY ("Defendant"), by and through their undersigned counsel, that all of Plaintiff's claims in the Action against Defendant, and any and all claims that

Plaintiff could have raised in the Action against Defendant, shall be and hereby are DISMISSED WITH PREJUDICE. Plaintiff and Defendant are to each bear their own respective attorneys' fees and costs.

There are no remaining claims or issues remaining in the Action as between Plaintiff and Defendant. All appearing parties in the Action have signed this Stipulation through their respective undersigned counsel.

Respectfully submitted this 27th day of January, 2021.

| | |
|---|---|
| **/s/ Justin A. Brackett**<br>Justin A. Brackett, Esq.<br>515 Ward Avenue<br>Honolulu, HI 96814<br>(808) 377-6778<br><br>Bellin & Associates LLC<br>Aytan Y. Bellin (*Pro Hac Vice*)<br>50 Main Street, Suite 1000<br>White Plains, NY 10606<br>Phone: (914) 358-5345<br>Fax: (212) 571-0284<br>Email: aytan.bellin@bellinlaw.com<br><br>*Attorneys for Plaintiff*<br>Shane Ioane | **/s/ John P. Boyle**<br>Steven Guttman, Esq.<br>Kessner Umebayashi Bain & Matsunaga,<br>Attorneys at Law<br>220 South King Street, Suite 1900<br>Honolulu, HI 96813<br>(808) 536-1900<br><br>Bradley R. Armstrong (*pro hac vice*)<br>John P. Boyle (*pro hac vice*)<br>Moss & Barnett, P.A.<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN 55402<br>(612) 877-5359<br><br>*Attorneys for Defendant*<br>MRS BPO, LLC a/k/a MRS Associates of New Jersey |

Ioane v. MRS BPO, LLC – 1:20-CV-00040 JAO-WRP – Stipulation for Dismissal with Prejudice of Entire Action

APPROVED AS TO FORM:



*Jill A. Otake*
United States District Judge